## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 06-067 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **JERRY NMN ROBINSON,** | |
| Defendant. | |

### APPEARANCES

Omar Syed, Assistant United States Attorney, for Plaintiff United States of America

Nancy Vanderheider, Esq., for Defendant Jerry Robinson

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Physical Evidence Obtained as a Result of an Illegal Searches, Seizures, or Identification Procedures (Doc. #18) is **DENIED.**

2. Defendant's Motion for Discovery and Suppression of Confessions or Statements in the Nature of Confessions (Doc. # 19) is **DENIED.**

Dated: May 1, 2006

                                                     s/ Paul A. Magnuson
                                                     PAUL A. MAGNUSON

Judge, U.S. District Court